UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANKIT SINGH,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 1:26-cv-02013-FJS

ORDER CONTINUING SCHEDULING CONFERENCE

On March 13, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for August 4, 2026. (ECF No. 10.) On March 30, 2026, the clerk of the court issued summons. (ECF Nos. 6, 7.) Plaintiff filed proofs of service of the summons and complaint. (ECF No. 11.) To date, Defendants have not appeared or responded to the complaint. Generally, the court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Accordingly, the SCHEDULING CONFERENCE currently set for August 4, 2026, is continued to November 3, 2026, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will

be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 29, 2026**

UNITED STATES MAGISTRATE JUDGE