UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANKIT SINGH,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 1:26-cv-02013-FJS

ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE

OCTOBER 30, 2026, DEADLINE

On March 13, 2026, Plaintiff Ankit Singh commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for November 3, 2026. (ECF No. 12.) The court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. Currently, while Catherine J. Swann has appeared on behalf of all defendants, no defendant has yet answered. The Court observes that Defendants have filed a notice of ineffective service, indicating that service has not been made on Defendants as required by Federal Rule of Civil Procedure 4(i)(1)(A)(i). (ECF No. 13)

Therefore, IT IS HEREBY ORDERED that on or before October 30, 2026, Plaintiff shall file a status report indicating the status of service upon Defendants; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the Defendants to appear in this action. In addition, the court ADVISES

that Plaintiff must comply with Fed. R. Civ. P. 4(m) and should move for an extension should that be necessary.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE